IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ABS GLOBAL, INC.,

        Plaintiff/Counterclaim Defendant,                      ORDER

    v.

                                                                                14-cv-503-wmc

INGURAN, LLC,

        Defendant/Counterclaimant/Third-Party Plaintiff,

    and

XY, LLC,

        Intervening Defendant/Counterclaimant/Third-Party Plaintiff,

    v.

GENUS PLC,

        Third-Party Defendant.

---

      Having reviewed ABS's corrected amended proponent deposition designations (dkt. #631), as well as the parties' additional briefing with respect to Cynthia Ludwig and James Wood, the court makes the following rulings as to witnesses Ben Verwer, Kenneth Michael Evans, Ryan Christensen, James Wood and Cynthia Ludwig.  The approved designations may be presented to the jury unless the witness is available to testify in person.  **ABS shall remove all objections and any other asides or discussions between counsel and/or with the court reporter, even where not noted by the court in its rulings.  This completes all designations of witnesses ABS indicated it would use at trial.**

| ABS/Genus Initial Designation | ST/XY Objection | ST/XY | ABS/ST Objection | ABS/Genus Counter-Counter Designation | Ruling |
|---|---|---|---|---|---|
| **Deposition of Ben Verwer** (May 9, 2016) | | | | | |
| Page 5, line 10 to page 5, line 13 | | | | | |
| Page 5, line 17 to page 5, line 25 | | | | | |
| Page 6, line 2 to page 6, line 19 | | | | | |
| Page 6, line 23 to page 6, line 25 | | | | | |
| Page 7, line 2 to page 7, line 3 | | | | | |
| Page 7, line 14 to page 7, line 21 | | | | | |
| Page 8, line 11 to page 8, line 25 | | | | | |
| Page 9, line 2 to page 9, line 9 | | | | | |
| Page 9, line 23 to page 9, line 25 | | | | | |
| Page 10, line 2 to page 10, line 25 | | | | | |
| Page 11, line 2 to page 11, line 12 | | | | | |
| Page 12, line 9 to page 12, line 25 | | | | | |
| Page 13, line 2 to page 13, line 4 | | | | | |
| Page 13, line 21 to page 13, line 25 | | | | | |
| Page 14, line 2 to page 14, line 16 | | | | | |
| Page 15, line 10 to page 15, line 15 | | | | | |

| Deposition of Ben Verwer (May 9, 2016) | | | | | |
|---|---|---|---|---|---|
| **ABS/Genus Initial Designation** | **ST/XY Objection** | **ST/XY** | **ABS/ST Objection** | **ABS/Genus Counter-Counter Designation** | **Ruling** |
| Page 16, line 3 to page 16, line 6 | | | | | |
| Page 19, line 2 to page 19, line 14 | | | | | |
| Page 19, line 22 to page 19, line 25 | | | | | |
| Page 20, line 2 to page 20, line 4 | | | | | |
| Page 20, line 8 to page 20, line 25 | | | | | |
| Page 21, line 11 to page 21, line 16 | | 21:23-25 | | | |
| Page 22, line 2 to page 22, line 25 | | | | | |
| Page 23, line 2 to page 23, line 15 | | | | | |
| Page 25, line 4 to page 25, line 25 | | | | | |
| Page 26, line 2 to page 26, line 4 | | | | | |
| Page 26, line 8 to page 26, line 25 | | | | | |
| Page 27, line 2 to page 27, line 14 | | | | | |
| Page 31, line 23 to page 31, line 25 | | | | | |
| Page 33, line 9 to page 33, line 17 | | | | | |
| Page 33, line 22 to page 33, line | | | | | |

| Deposition of Ben Verwer (May 9, 2016) | | | | | |
|---|---|---|---|---|---|
| **ABS/Genus Initial Designation** | **ST/XY Objection** | **ST/XY** | **ABS/ST Objection** | **ABS/Genus Counter-Counter Designation** | **Ruling** |
| 25 | | | | | |
| Page 34, line 2 to page 34, line 6 | | | | | |
| Page 34, line 13 to page 34, line 15 | FRE 801 | | | | Overruled |
| Page 34, line 24 to page 34, line 25 | | | | | |
| Page 35, line 2 | | | | | |
| Page 35, line 23 to page 35, line 25 | | | | | |
| Page 36, line 5 to page 36, line 14 | | | | | |
| Page 36, line 22 to page 36, line 25 | | | | | |
| Page 37, line 2 to page 37, line 10 | FRE 801 | | | | Overruled |
| Page 38, line 14 to page 38, line 25 | FRE 801 | | | | Overruled |
| Page 39, line 2 to page 39, line 23 | FRE 801 | | | | Sustained as to 39:11-23; otherwise overruled |
| Page 40, line 15 to page 40, line 25 | FRE 602 | | | | Sustained |
| Page 41, line 2 | | | | | Because the court sustains the objection to the question at 40:25, 41:2 is also excluded. |

| | Deposition of Ben Verwer (May 9, 2016) | | | | |
|---|---|---|---|---|---|
| **ABS/Genus Initial Designation** | **ST/XY Objection** | **ST/XY** | **ABS/ST Objection** | **ABS/Genus Counter-Counter Designation** | **Ruling** |
| Page 41, line 6 to page 41, line 25 | FRE 801; FRE 602 | | | | Sustained |
| Page 42, line 2 to page 42, line 16 | FRE 602 | | | | Sustained |
| Page 42, line 20 to page 42, line 25 | | | | | |
| Page 43, line 2 to page 43, line 25 | FRE 801; FRE 602 | | | | Overruled |
| Page 44, line 2 to page 44, line 20 | FRE 801 | 44:21-45:5 | | | Overruled |
| Page 52, line 10 to page 52, line 25 | | | | | |
| Page 53, line 2 to page 53, line 5 | | | | | |
| Page 53, line 9 to page 53, line 19 | | | | | |
| Page 119, line 2 to page 119, line 14 | | | | | |
| | | 59:5-10 | | | Counter-designations will be included. |
| | | 59:23-60:16 | | | |
| | | 61:5-64:11 | | | |
| | | 65:14-66:6 | | | |
| | | 66:9-66:23 | | | |
| | | 66:25-68:14 | | | |
| | | 68:21-69:23 | | | |
| | | 74:18-75:6 | | | |
| | | 76:3-77:8 | | | |
| | | 86:25-88:6 | | | |
| | | 88:19-89:3 | | | |

| Deposition of Ben Verwer (May 9, 2016) ||||||
|---|---|---|---|---|---|
| **ABS/Genus Initial Designation** | **ST/XY Objection** | **ST/XY** | **ABS/ST Objection** | **ABS/Genus Counter-Counter Designation** | **Ruling** |
| | | 91:21-92:15 | | | |
| | | 97:20-98:19 | | | |
| | | 99:23-100:5 | | | |
| | | 100:11-101:3 | | | |
| | | 101:5-6 | | | |
| | | 101:18-21 | | | |
| | | 102:9-21 | | | |
| | | 102:23-103:8 | | | |
| | | 103:11-18 | | | |
| | | 110:7-111:16 | | | |
| | | 117:11-14 117:16-18 | | | |
| | | 118:19-22 | | | |
| | | 125:22-127:20 | | | |
| | | 131:6-12 | | | |
| | | 132:10-133:5 | | | |
| | | 133:21-22 | | | |

| Deposition of Kenneth Michael Evans (August 19, 2015) | | | | | |
|---|---|---|---|---|---|
| **ABS/Genus Initial Designation** | **ST/XY Objection** | **ST/XY** | **ABS/ST Objection** | **ABS/Genus Counter-Counter Designation** | **Ruling** |
| Page 7, line 6 to page 7, line 11 | | | | | |
| Page 7, line 18 to page 7, line 20 | | | | | |
| Page 96, line 16 to page 96, line 25 | | | | | |
| Page 97, line 2 to page 97, line 25 | | | | | |
| Page 98, line 2 to page 98, line 20 | | | | | |
| | | 99:24-100:14 | | | |
| | | 112:18-113:5 | The counter-designated objection of counsel at 112:21 is not evidence and should not be played for the jury. | | Sustained |
| | | 113:17-114:8 | | | |

7

| 30(b)(6) Deposition of Inguran, LLC and XY, LLC by Kenneth Michael Evans (August 19, 2015) | | | | | |
|---|---|---|---|---|---|
| **ABS/Genus Initial Designation** | **ST/XY Objection** | **ST/XY** | **ABS/ST Objection** | **ABS/Genus Counter-Counter Designation** | **Ruling** |
| Page 20, line 18 to page 20, line 22 | FRE 701/704; asks for legal conclusion; improper attorney testimony; FRE 106; attorney narrative | | | | Overruled |
| Page 21, line 4 to page 21, line 12 | FRE 701/704; asks for legal conclusion; improper attorney testimony; FRE 106; attorney narrative | | | | Overruled |
| Page 21, line 14 to page 21, line 25 | | | | | |
| Page 22, line 2 to page 22, line 6 | Compound | | | | Sustained as to 22:4-6; otherwise overruled |
| Page 22, line 8 to page 22, line 13 | | | | | Because the court sustains the objection to the question at 22:4-6, 22:8 is also excluded. |
| Page 25, line 25 | | | | | |
| Page 26, line 2 to page 26, line 3 | | | | | |
| Page 26, line 6 to page 26, line | | | | | |

8

| 30(b)(6) Deposition of Inguran, LLC and XY, LLC by Kenneth Michael Evans (August 19, 2015) |||||||
|---|---|---|---|---|---|
| **ABS/Genus Initial Designation** | **ST/XY Objection** | **ST/XY** | **ABS/ST Objection** | **ABS/Genus Counter-Counter Designation** | **Ruling** |
| 10 | | | | | |
| Page 26, line 12 to page 26, line 16 | | 26:17-19 | In fairness, under FRE 106, the jury should hear 26:23-25 as well as the counter-designated testimony. | 26:23-25 | Overruled; the counter-counter designation will not be included, but 27:2 will be included |
| Page 27, line 18 to page 27, line 25 | Lacks foundation; lacks predicate to the question; ambiguous; FRE 106 | | | | Overruled |
| Page 28, line 2 to page 28, line 8 | | | | | |
| Page 28, line 10 to page 28, line 12 | | 28:13-17 28:19-20 | | | |

9

| 30 (b)(6) Deposition of Inguran, LLC and XY, LLC by Ryan Christensen (August 27, 2015) ||||||
|---|---|---|---|---|---|
| **ABS/Genus Initial Designation** | **ST/XY Objection** | **ST/XY** | **ABS/ST Objection** | **ABS/Genus Counter-Counter Designation** | **Ruling** |
| Page 7, line 21 to page 7, line 25 | | | | | |
| Page 8, line 2 to page 8, line 8 | | | | | |
| Page 10, line 5 to page 10, line 18 | | | | | |
| Page 14, line 21 to page 14, line 25 | | | | | |
| Page 15, line 2 | | | | | |
| Page 16, line 7 to page 16, line 19 | | | | | |
| Page 16, line 24 to page 16, line 25 | | | | | |
| Page 150, line 12 to page 150, line 16 | 701/704; calls for legal conclusion | 150:17-151:11 | | | Overruled; the counter-designation will be included |

| **Deposition of James C.S. Wood** (June 3, 2015) |||||||
|---|---|---|---|---|---|
| **ABS/Genus Initial Designation** | **ST/XY Objection** | **ST/XY** | **ABS/ST Objection** | **ABS/Genus Counter-Counter Designation** | **Ruling** |
| Page 5, line 14 to page 5, line 25 | | | | | Because the court sustains the objections to the designations, all designations and counter-designations are excluded |
| Page 6, line 1 to page 6, line 6 | | | | | |
| Page 206, line 14 to page 206, line 25 | | | | | |
| Page 207, line 1 to page 207, line 13 | FRE 701 | | | | |
| Page 214, line 16 to page 214, line 21 | FRE 701 | | | | |
| Page 214, line 23 | FRE 701 | | | | |
| Page 215, line 2 to page 215, line 25 | FRE 701 | | | | |
| Page 216, line 1 to page 216, line 2 | | | | | |
| Page 216, line 12 to page 216, line 24 | FRE 701 | | | | |
| Page 220, line 20 to page 220, line 24 | FRE 701 | | | | |
| | | 216:25-217:20 | | | |
| | | 235:12-16 | | | |
| | | 246:19-247:13 | | | |
| | | 247:16-248:24 | | | |
| | | 249:4-10 | | | |

11

| Deposition of Cynthia L. Ludwig (March 9, 2016) ||||||
|---|---|---|---|---|---|
| **ABS/Genus Initial Designation** | **ST/XY Objection** | **ST/XY** | **ABS/ST Objection** | **ABS/Genus Counter-Counter Designation** | **Ruling** |
| Page 6, line 11 to page 6, line 16 | | | | | Because the court sustains the objections to the designations based on lack of foundation, all designations are excluded |
| Page 9, line 23 to page 9, line 25 | | | | | |
| Page 10, line 2 to page 10, line 5 | | | | | |
| Page 10, line 24 to page 10, line 25 | | | | | |
| Page 11, line 2 to page 11, line 3 | | | | | |
| Page 12, line 9 to page 12, line 11 | | | | | |
| Page 14, line 9 to page 14, line 21 | | | | | |
| Page 97, line 7 to page 97, line 24 | FRE 402/403/701/801 | | | | |
| Page 98, line 10 to page 98, line 25 | FRE 402/403/701/801 | | | | |
| Page 99, line 2 to page 99, line 18 | FRE 402/403/701/801 | | | | |

Entered this 2nd of August, 2016.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

12