IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ABS GLOBAL, INC.,

        Plaintiff/Counterclaim Defendant,              ORDER

   v.

                                           14-cv-503-wmc

INGURAN, LLC,

        Defendant/Counterclaimant/Third-Party Plaintiff,

   and

XY, LLC,

        Intervening Defendant/Counterclaimant/Third-Party Plaintiff,

   v.

GENUS PLC,

        Third-Party Defendant.

---

Having reviewed ST's amended proponent deposition designations (dkt. #630), the court makes the following rulings as to witness Ian Biggs. The approved designations may be presented to the jury unless the witness is available to testify in person. **ST shall remove all objections and any other asides or discussions between counsel and/or with the court reporter, even where not noted by the court in its rulings.**

| Ian Biggs | 6:7-10 | Statements of the videographer are not evidence (**Sustained**) | 24:15-23 29:17-30:3 32:19-21 60:19-61:16 | | 30:4-6; 30:9-22 | |
| | 6:21-12:24 | Statements of the videographer are not evidence [6:21-7:5] (**Sustained**) | | | | |
| | | Identification of counsel is not evidence [7:6-16] (**Sustained**) | 61:23-62:5 62:8-63:19 | 402/403,602 801/082 Assumes facts not in evidence [62:2-5 (**Overruled**), 62:8-11 (**Overruled**)]; Assumes facts not in evidence [62:22-25 (**Overruled**); 63:16-19 (**Overruled**)] | | |
| | 13:9-16:22 | Improper comment on testimony [10:3; 10:11] (**Sustained**) | | | | |
| | 17:2-20:7 | Question assumes fact not in evidence [16:19-22] (**Sustained**) | 63:23-64:10 64:12-65:13 | | | |
| | | Question assumes fact not in evidence [17:2-9] (**Sustained**) | | | | |
| | 20:10-14 | Question is leading [20:5-7] (**Sustained**) | | 402/403 602 701 Assumes facts not in evidence 64:7-10 (**Overruled**); 64:12-65:2] (**Overruled**); | | |
| | 20:17-21 | | | | | |
| | 20:24-21:7 | Question is leading [20:10; 20:12-14] (**Sustained as to 20:10; overruled as to 20:12-14**) | | | | |
| | 21:12-20 (starting at "How | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | would . . .")<br><br>22:8-11<br><br>22:15-23:19 (starting at "Is that amendment . . .")<br><br>24:7-14<br><br>24:24-28:13<br><br>28:16-25<br><br>29:4-16<br><br>32:22-35:2<br><br><br><br>35:5-36:22<br><br><br><br>37:13-38:14 | Question is leading [20:17 (**Overruled**); 20:19-21 (**Sustained**)]<br><br>Question is leading [20:24] (**Sustained**)<br><br><br><br>Questions are leading [28:11-13] (**Sustained**)<br><br><br>Questions are leading (**Sustained**)<br><br>Questions are leading [29:4] (**Sustained**) | | 402/403<br>602 [65:8-13 (**Overruled**)] | | |

| | | | | | |
|---|---|---|---|---|---|
| | 38:17-39:11 | Question is leading [38:17] **(Overruled)** | | | |
| | 39:14-41:22 | | | | |
| | 42:18-43:18 | | | | |
| | 44:24-46:3 | | | | |
| | 46:19-48:14 | | | | |
| | 50:9-21 | | | | |
| | 50:24-51:4 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 51:9-13 | Question is leading (**Overruled**) | | | | |
| | 51:16-53:19 | Question is leading [51:16-20; 53:15-19] (**Overruled**) | | | | |
| | 53:22-56:6 | Question is leading [53:22-54:5] (**Overruled**) | | | | |
| | 58:13-59:12 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 60:5-9 | Question mischaracterizes ABS's complaint (**Sustained**) | | | | |
| | 60:11-14 | Question mischaracterizes ABS's complaint (**Sustained**) | | | | |
| | 65:17-24 | Improper commentary on testimony (**Sustained**) | | | | |

Entered this 3rd of August, 2016.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge