IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ABS GLOBAL, INC.,

        Plaintiff/Counterclaim Defendant,                  ORDER

   v.

                                                                 14-cv-503-wmc

INGURAN, LLC,

        Defendant/Counterclaimant/Third-Party Plaintiff,

   and

XY, LLC,

        Intervening Defendant/Counterclaimant/Third-Party Plaintiff,

   v.

GENUS PLC,

        Third-Party Defendant.

---

      Having reviewed ST's amended proponent deposition designations (dkt. #630), as well as the objections to ABS's counter-designations as reflected in ABS's designations (dkt. #631), the court makes the following rulings as to witness Gary Durack. The approved designations may be presented to the jury unless the witness is available to testify in person. **ST shall remove all objections and any other asides or discussions between counsel and/or with the court reporter, even where not noted by the court in its rulings.**

| Deponent | Designations | Objections | Counter-Designations | Objections | Counter-Counter Designations | Rulings |
|---|---|---|---|---|---|---|
| Gary Durack | 7:2-18:20<br><br>19:23-20:3<br><br>20:11-21:5<br><br>21:12-22:11<br><br>23:21-26:4<br><br>28:5-30:5<br><br>30:14-46:2<br><br>47:24-62:6 | Statements of the videographer are not evidence [7:2-23 (**Sustained**); 8:6-7 (**Sustained**)]<br><br>Identification of counsel is not evidence [7:24-25 (**Sustained**); 8:2-5 (**Sustained**)]<br><br>Comments of counsel are not evidence [8:22-25 (**Sustained**); 14:8-11 (**Sustained**)]<br><br>Comments of counsel are not evidence [21:16-18 (**Sustained**)]<br><br>Hearsay [25:20-25 (**Overruled**); 26:2-4 (**Overruled**)]<br><br>Comments of counsel are not evidence [28:5-6 (**Sustained**)] | 30:6-13<br>46:18-37:23<br>110:18-110:20<br>113:24-113:25<br>114:2-114:4 (**Overruled**)<br>120:4-120:18<br>129:16-129:25 (**Overruled**)<br>130:2-130:3<br>131:21-131:25<br>132:2-132:16<br>133:17-133:25 (**Overruled**)<br>134:2-134:5 (**Overruled**)<br>135:9-135:19 (**Overruled**)<br>142:18-142:25 (**Overruled**)<br>143:3-143:14<br>143:19-143:25<br>144:2-144:7<br>147:23-147:25 (**Overruled**)<br>148:2-148:6<br>149:8-149:15 (**Sustained**)<br>149:23-149:25<br>150:2-150:25<br>151:2-151:25 | Inguran and XY incorporate by reference the objections to Gary Durack's deposition designations cited in Dkt. No. 600. | Inguran and XY incorporate by reference the counter-designations to Gary Durack's deposition designations cited in Dkt. No. 600. | **The parties' designations 172:10-175:2 will be included; ST's counter-counter designations 177:20-179:18, 180:3-6, 180:9-185:4, 185:6, 185:8-188:17, 189:9-190:14, 242:7-244:2 will be included; ST's counter-counter designations 323:7-21, 323:24, 324:1-12 are excluded** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 62:16-68:8<br><br>68:22-70:6<br><br>71:11-19<br><br>71:24:72:7<br><br>77:24-78:14 | Improper commentary on testimony [32:11 (**Sustained from "And" through "answer."**)]<br><br><br><br><br><br>Improper commentary on testimony [72:6-7 (**Sustained**)]<br><br>Comments of counsel are not evidence [77:24-25 (**Sustained**); 78:2-14 (**Sustained**)] | (**Overruled**)<br>152:2-152:3<br>152:17-152:21<br>153:2-153:7<br>153:9-153:13<br>154:2-154:20<br>(**Overruled**)<br>154:24-154:25<br>155:2-155:19<br>156:6-156:14<br>157:4-157:25<br>(**Sustained as to 157:10-12; otherwise overruled**)<br>164:16-164:25<br>(**Overruled**)<br>165:2-165:12<br>179:19-179:24<br>(**Sustained as to leading**)<br>188:18-188:25<br>(**Sustained as to relevance**)<br>189:2-189:8<br>(**Overruled**)<br>192:5-192:10<br>(**Sustained as to leading**)<br>204:22-204:25<br>205:2-205:17<br>206:21-206:25<br>207:2-207:11<br>213:8-213:22 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | (Sustained) 218:17-218:25 (**Sustained; ST's counter-counter designation 219:1-14 is excluded**) 219:15-219:25 (Sustained) 220:2-220:9 (**Sustained; ST's counter-counter designation 220:10-222:4 is excluded**) 222:5-222:22 223:12-223:25 224:2 231:9-231:14 (**Overruled**) 231:22-231:25 (Sustained) 232:2-232:7 (Sustained) 247:8-247:25 (Sustained) 248:2-248:13 (Sustained) 248:21-248:25 (Sustained) 249:2-249:25 (Sustained) 250:2-250:3 (**Sustained**) | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 305:20-305:25 (**Overruled**) 306:2-306:25 (**Sustained as to 306:16-25; otherwise overruled**) 307:2-307:6 (**Sustained; ST's counter-counter designation 307:7-22 will be included**) 309:24-309:25 (**Sustained**) 310:2-310:4 (**Sustained; ST's counter-counter designation 310:5-312:4 is excluded**) 313:9-313:25 314:2-314:6 315:20-315:22 315:24-315:25 (**Sustained**) 316:2-316:5 (**Sustained; ST's counter-counter designation 316:6-19 is excluded**) 316:20-316:25 (**Sustained**) | | | |

| | | | |
|---|---|---|---|
| | | 317:2-317:21 (**Sustained**) 317:23-317:25 (**Sustained**) 318:2 (**Sustained**) 318:4-318:12 (**Sustained**) 318:15-318:25 (**Sustained**) 319:2-319:4 (**Sustained; ST's counter-counter designation 319:6-320:23 is excluded**) | | |

Entered this 4th of August, 2016.

                            BY THE COURT:

                            /s/

                            _____
                            WILLIAM M. CONLEY
                            District Judge