IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ABS GLOBAL, INC.,

    Plaintiff/Counterclaim Defendant,    SPECIAL VERDICT - DAMAGES

v.

    14-cv-503-wmc

INGURAN, LLC,

    Defendant/Counterclaimant/Third-Party Plaintiff,

and

XY, LLC,

    Intervening Defendant/Counterclaimant/Third-Party Plaintiff,

v.

GENUS PLC,

    Third-Party Defendant.

---

We, the jury, for our special verdict, find as follows:

**Question No. 1:** What reasonable royalty is ST entitled to recover for ABS's infringement of U.S. Patent No. 8,206,987 (the "'987 patent")? *Answer either 1(a) or 1(b), but NOT both.*

    1(a). a lump sum for ABS's past infringement in the amount of $__750,000__, and a per straw royalty on futures sales of sexed semen straws sold by ABS of $__1.25__;

OR

    1(b). a lump sum for ABS's past and future infringement of _____.

**Question No. 2:** What reasonable royalty is ST entitled to recover for ABS's infringement of U.S. Patent No. 8,198,092 (the "'092 patent")? *Answer either 2(a) or 2(b), but NOT both.*

2(a). a lump sum for ABS's past infringement in the amount of $ 500,000 , and a per straw royalty on future sales of sexed semen straws sold by ABS of $ 0.50 ;

OR

2(b). a lump sum for ABS's past and future infringement of _____ .

**Question No. 3:** What amount of damages, if any, should ABS pay XY, LLC ("XY") for XY's injuries caused by ABS's trade secret misappropriation?

Answer: $ 750,000

*[signature]*
Presiding Juror

Madison, Wisconsin

Dated this 12th day of August, 2016.