# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ABS GLOBAL, INC., *Plaintiff/Counterclaim Defendant*, v. INGURAN, LLC d/b/a SEXING TECHNOLOGIES, *Defendant/Counterclaim Plaintiff*, and XY, LLC, *Intervenor-Defendant/Counterclaim Plaintiff*, v. GENUS PLC, *Counterclaim Defendant.* | Case No. 14-cv-503 |

## ABS GLOBAL, INC. AND GENUS PLC'S NOTICE OF APPEAL

Notice is hereby given that plaintiff/counterclaim defendant ABS Global, Inc. and counterclaim defendant Genus plc hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Rule 54(b) Judgment entered on April 21, 2017 (Dkt. #786), and all rulings, proceedings, orders, findings, and decisions (whether oral or written) interlocutory thereto or underlying that judgment, including, without limitation, the Opinion and Order dated

July 21, 2016 (Dkt. #572), the Order dated July 26, 2016 (Dkt. #587), and the Opinion and Order dated March 31, 2017 (Dkt. #772).

Dated: April 21, 2017

Respectfully submitted,

  */s/ Steven J. Horowitz*
Michael J. Modl
**AXLEY BRYNELSON, L.L.P.**
Manchester Place, Suite 200
2 E. Mifflin Street
Madison, Wisconsin 53703
(608) 257-5661
mmodl@axley.com

David T. Pritikin
William H. Baumgartner, Jr.
Kevin M. Fee, Jr.
Steven J. Horowitz
**SIDLEY AUSTIN LLP**
1 S. Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
dpritikin@sidley.com
wbaumgartner@sidley.com
kfee@sidley.com
shorowitz@sidley.com

Matthew S. Jorgenson
**SIDLEY AUSTIN LLP**
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
Tel: (213) 896-6000
mjorgenson@sidley.com

*Counsel for ABS Global, Inc. and Genus plc*