# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ABS GLOBAL, INC., *Plaintiff/Counterclaim Defendant*, v. INGURAN, LLC d/b/a SEXING TECHNOLOGIES, *Defendant/Counterclaim Plaintiff*, and XY, LLC, *Intervenor-Defendant/Counterclaim Plaintiff*, v. GENUS PLC, *Counterclaim Defendant.* | Case No. 14-cv-503 |

## ABS GLOBAL, INC. AND GENUS PLC'S AMENDED NOTICE OF APPEAL

Notice is hereby given that plaintiff/counterclaim defendant ABS Global, Inc. ("ABS") and counterclaim defendant Genus plc ("Genus") hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Amended Rule 54(b) Judgment entered on April 24, 2017 (Dkt. #790), the Judgment entered on April 21, 2017 (Dkt. #786), and all rulings, proceedings, orders, findings, and decisions (whether oral or written) interlocutory thereto or underlying those judgments, including, without limitation, the Opinion and Order dated July 21,

2016 (Dkt. #572), the Order dated July 26, 2016 (Dkt. #587), and the Opinion and Order dated March 31, 2017 (Dkt. #772).

ABS and Genus previously filed a Notice of Appeal on April 21, 2017 (Dkt. #787), appealing the April 21, 2017 Rule 54(b) Judgment (Dkt. #786) and all rulings, proceedings, orders, findings, and decisions (whether oral or written) interlocutory thereto or underlying that judgment. The appeal has been docketed in the Seventh Circuit as Case No. 17-1847, and all fees have been paid. After ABS and Genus filed their April 21, 2017 Notice of Appeal, but before the appeal had been docketed in the Seventh Circuit, this Court issued its Amended Rule 54(b) Judgment. Out of an abundance of caution, ABS and Genus are filing this Amended Notice of Appeal to designate the Amended Rule 54(b) Judgment as a judgment being appealed under Rule 3(d)(1)(B), in addition to all of the rulings that fall within the scope of their prior Notice of Appeal.

| Dated: April 26, 2017 | Respectfully submitted, |
|---|---|

    */s/ Steven J. Horowitz*
Michael J. Modl
**AXLEY BRYNELSON, L.L.P.**
Manchester Place, Suite 200
2 E. Mifflin Street
Madison, Wisconsin 53703
(608) 257-5661
mmodl@axley.com

David T. Pritikin
William H. Baumgartner, Jr.
Kevin M. Fee, Jr.
Steven J. Horowitz
**SIDLEY AUSTIN LLP**
1 S. Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
dpritikin@sidley.com
wbaumgartner@sidley.com
kfee@sidley.com
shorowitz@sidley.com

Matthew S. Jorgenson
**SIDLEY AUSTIN LLP**
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
Tel: (213) 896-6000
mjorgenson@sidley.com

*Counsel for ABS Global, Inc. and Genus plc*