<b>IN THE UNITED STATES DISTRICT COURT<br>FOR THE WESTERN DISTRICT OF WISCONSIN</b>

| | |
|---|---|
| ABS GLOBAL, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INGURAN, LLC d/b/a SEXING TECHNOLOGIES,<br><br>    Defendant/Counterclaim-Plaintiff,<br><br>and<br><br>XY, LLC,<br><br>    Intervenor Defendant/<br>    Counterclaim-Plaintiff,<br><br>v.<br><br>GENUS PLC,<br><br>    Counterclaim-Defendant. | No. 3:14-cv-503-wmc |

### NOTICE OF CROSS-APPEAL

Notice is hereby given that Inguran, LLC d/b/a Sexing Technologies and XY, LLC appeal to the U.S. Court of Appeals for the Seventh Circuit from the April 24, 2017 Amended Judgment (Dkt. #790) and relevant order(s) thereto, and from the May 5, 2017 Order denying the Motion Under Rule 62(c) To Correct The Wording Of The Issued Injunction, Or In The Alternative, For An Indicative Ruling Under Rule 62.1 (Dkt. #803).

ABS Global, Inc. and Genus PLC previously filed a notice of appeal (Dkt. #795), which the Seventh Circuit docketed as Case No. 17-1873.

Dated: May 19, 2017  Respectfully submitted,

/s/Kirt S. O'Neill
Sarah A. Zylstra
Wisconsin State Bar No. 1033159
BOARDMAN & CLARK LLP
One South Pinckney, Suite 410
P.O. Box 927
Madison, Wisconsin 53701-0927
Telephone: (607) 257-9521
szylstra@boardmanclark.com

Kirt S. O'Neill
Texas State Bar No. 00788147
(*admitted pro hac vice*)
Daniel L. Moffett
Texas State Bar No. 24051068
(*admitted pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035
koneill@akingump.com
dmoffett@akingump.com

Fairley Spillman
District of Columbia Bar No. 384879
(admitted pro hac vice)
AKIN GUMP STRAUSS HAUER& FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, District of Columbia 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
fspillman@akingump.com

*Attorneys for Inguran, LLC and XY, LLC*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon all counsel of record via the court's CM/ECF system on May 19, 2017.

*/s/ Kirt S. O'Neill*
Kirt S. O'Neill
