IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ABS GLOBAL, INC.,

    Plaintiff/Counterclaim-Defendant,

v.

INGURAN, LLC d/b/a SEXING TECHNOLOGIES,

    Defendant/Counterclaim-Plaintiff,

and

XY, LLC,

    Intervenor Defendant/
    Counterclaim-Plaintiff,

v.

GENUS PLC,

    Counterclaim-Defendant.

No. 3:14-cv-503-wmc

## NOTICE OF APPEAL

Notice is hereby given that Inguran, LLC d/b/a Sexing Technologies and XY, LLC appeal to the U.S. Court of Appeals for the Seventh Circuit from the September 27, 2018 "ORDER denying 807 Motion for Attorney Fees; granting in part and denying in part 810 Motion for Attorney Fees; granting in part and denying in part 814 Bill of Costs; granting 817 Bill of Costs; granting 847 Motion for Leave to File a reply brief." Dkt. #873.

Dated:  October 26, 2018						Respectfully submitted,

*/s/Kirt S. O'Neill*
Sarah A. Zylstra
Wisconsin State Bar No. 1033159
BOARDMAN & CLARK LLP
One South Pinckney, Suite 410
P.O. Box 927
Madison, Wisconsin 53701-0927
Telephone: (607) 257-9521
szylstra@boardmanclark.com

Kirt S. O'Neill
Texas State Bar No. 00788147
(*admitted pro hac vice*)
Daniel L. Moffett
Texas State Bar No. 24051068
(*admitted pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035
koneill@akingump.com
dmoffett@akingump.com

Fairley Spillman
District of Columbia Bar No. 384879
(admitted pro hac vice)
AKIN GUMP STRAUSS HAUER& FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, District of Columbia 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
fspillman@akingump.com

*Attorneys for Inguran, LLC and XY, LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon all counsel of record via the court's CM/ECF system on October 26, 2018.

*/s/ Kirt S. O'Neill*
Kirt S. O'Neill